# PD-0192-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

NO. 07-13-00216 CR

Michael Johnson
PETITIONER

VS

THE STATE OF TEXAS
RESPONDENT

IN THE TEXAS COURT

OF

CRIMINAL APPEALS

## Motion For extention of time to File PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now MICHAEL JOHNSON , Petitioner, and Files this Motion For an extention OF sixty (60) days in which to File a Petition For Discretionary review. In support OF this Motion, petitoner shows the court the following:

The Petitioner was convicted in the 140th District court of Lubbock County Texas of the offense of aggravated assault on a Public Servant in cause No. 2011-432,709 , STyled The State of Texas vs. MICHAEL JOHNSON The petitioner appealed to the court of Appeals, 7th Supreme Judicial District, Appeal NO. 07-1300216 2 1-26-2015 . The case was affirmed on 1-26-2015

## II

The Present deadline for filing the Petition for Discretionary Review is 2-26-15 The Petitioner has not requested any extention prior to this request.

## III

Petitioner's request for an extention is based upon the following facts: petitioner was not informed of the decision of the court of Appeals in affirming his case until

Respectfully submitted

MICHAEL JOHNSON
Petitioner Pro Se
TDCJ# 1857642
Texas Department of criminal Justice

## CERTIFICATE of SERVICE

I MICHAEL Johnson , do hereby certify that a true and correct copy of the above and foregoing Motion for extention of time to File a Petition for Discretionary Review has been forwarded by united states mail, Postage Prepaid, First class to the state Prosecuting Attorney, P.o. Box, 12405 Austin TX 78711 and the District Attorney For Lubbock county

Lubbock TX _____ on this The

09 day of 12 2015

Michael Johnson
Petitioner Pro Se

2-5-15 ___, since that time Petitioner has been attempting to gain legal representation in this matter          His attorney on the appeal Shannon Geinsler ___, has informed Petitioner that she will not represent him on the Petition for Discretionary review

WHEREFORE, petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case No. 2011-432 309 ___ to ___ 4-24-15 .